IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carr, Eugene

Printed: 12/02/08

Case Number: 08 B 21159
Judge: Wedoff, Eugene R
Filed: 8/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | City Of Chicago Dept Of Revenue | Unsecured | 408.00 | 0.00 |
| 2. | Jefferson Capital Systems LLC | Unsecured | 43.53 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 4. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 5. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 6. | CCA | Unsecured | | No Claim Filed |
| 7. | Collection | Unsecured | | No Claim Filed |
| 8. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 9. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | ER Solutions | Unsecured | | No Claim Filed |
| 14. | Superior Mgt. | Unsecured | | No Claim Filed |
| | | | $ 451.53 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Carr, Eugene | Case Number:  08 B 21159 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/02/08 | Filed:  8/12/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

